**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: LaDonne Bush         Date: October 13, 2009
Court Reporter:  Paul Zuckerman
Probation Officer: Laura Ansart

Criminal Action No. 07-cr-00403-MSK-2

<u>*Parties*</u>:                                             <u>*Counsel*</u>:

UNITED STATES OF AMERICA,            Zachary Phillips

       Plaintiff,

v.

2.  BENJAMIN FRESQUEZ,                 Gary Lozow

       Defendant.

_____

**SENTENCING MINUTES**
_____

**9:03 a. m.      Court in session**.

Defendant present in custody.

**Change of Plea Hearing on June 29, 2009.  Defendant pled guilty to Count One of the Indictment and admitted the forfeiture allegation.**

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties do request departure.

The parties do not contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Argument regarding a departure and variant sentence.

Allocution. - Statements made by Mr. Lozow, the defendant and Mr. Phillips.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.

**ORDER:**     The plea and plea agreement are accepted.

**ORDER:**     United States §5K1.1 Motion for Downward Departure Based on Substantial Assistance (Doc. 331) is granted.

**ORDER:**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

**ORDER:**     Other than Count One and the forfeiture allegation, all counts are dismissed.

The defendant is advised of his right to appeal.

**ORDER:**     Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:08 a.m.**     **Court in recess.**

Time: 01:05
Hearing concluded.